UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MAGELLAN TECHNOLOGY, INC.,

        Plaintiff,

v.

PHILIP MORRIS USA INC.,

        Defendant.

Civ. No. 19-cv-632

---

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby discontinues this action without prejudice.

Dated: Buffalo, New York
       October 10, 2019

PHILLIPS LYTLE LLP

By: _____
    Alan J. Bozer
    David J. Rudroff
Attorneys for Plaintiff
*Magellan Technology, Inc.*
One Canalside
125 Main Street
Buffalo, New York 14203
Telephone No. (716) 847-8400
abozer@phillipslytle.com
drudroff@phillipslytle.com

SO ORDERED

_____
ELIZABETH A. WOLFORD
United States District Judge
**Dated: 10/10/2019**